UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-442-T-17TGW

ANGEL MARTINEZ

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture for:

    a. a FEG Hungary Model PA63 9mm pistol;

    b. a Colt Model 1903, .32 caliber pistol;

    c. a Taurus model 85 .38 special caliber revolver;

    d. a FIE Model E22 .22 caliber pistol;

    e. a David Industries Model DM22 .22 caliber Derringer;

    f. 14 rounds of .22 caliber Winchester-Western ammunition;

    g. 1 round of .32 caliber Remington ammunition;

    h. 29 rounds of .45 caliber Federal ammunition;

    i. 1 round of .30-06 Remington ammunition;

    j. 2 rounds of assorted .38 caliber ammunition;

    k. 2 rounds of 9mm Winchester-Western ammunition;

    l. 2 rounds of .38 caliber Federal ammunition;

    m. 13 rounds of .380 caliber CBC ammunition; and

    n. 30 rounds of .223 caliber Wolf ammunition.

Being fully advised of the relevant facts, the Court hereby finds that the firearms and ammunition were used, or intended to be used, to violate or to facilitate violations of the Controlled Substances Act, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), and were used in furtherance of drug trafficking crimes, in violation of 18 U.S.C. § 924(c).

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearms and ammunition identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 11th day of June, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Natalie Hirt Adams, AUSA
Counsel of Record